

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY PERSONS, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 15-5075 |
| PHILADELPHIA PRISON SYSTEM, et al., | : | |
| Respondents. | : | |

FILED
MAR 07 2016
MICHAEL E. KUNZ
By_____ Dep Clk

### ORDER

AND NOW, this 4th day of March, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2241 is DISMISSED as MOOT.

3. Petitioner's Motion for Reconsideration (Doc No. 6) is DENIED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
GERALD A. MCHUGH,           J.